IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:21-CR-57 (MTT) |
| | ) |
| BRASHUN SHAVONTE TAYLOR and | ) |
| SHYTERIUS ELDER, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### ORDER

The defendants, by and through their counsel of record, have moved to continue this case until the next trial term. Docs. 39; 40. The defendants were indicted on October 14, 2021. Doc. 1. Defendant Brashun Shavonte Taylor had his arraignment in this Court on October 26, 2021. Doc. 11. Defendant Shyterius Elder had her arraignment in this Court on November 3, 2021. Doc. 28. One prior continuance has been granted. Docs. 36; 37. The defendants, by and through their counsel of record, now move the Court to continue this case to the next trial term to allow defense counsel additional time to conduct further investigations and engage in plea negotiations. Docs. 39 at 2; 40 at 2. The government does not oppose the motions. *Id.*

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants to a speedy trial. Accordingly, the motions (Docs. 39; 40) are **GRANTED**. The case is continued from the January term until the Court's next trial term presently scheduled for **February 28, 2022**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq.*

**SO ORDERED**, this 16th day of December, 2021.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
