IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No. 5:21-cr-57 (MTT) |
| BRASHUN SHAVONTE TAYLOR, : | |
| : | |
| Defendant. : | |
| _____ : | |

### ORDER REVOKING PRETRIAL RELEASE

Defendant Brashun Shavonte Taylor appeared on April 26, 2022, for a hearing on a Petition for Action on Conditions of Pretrial Release, pursuant to 18 U.S.C. § 3148. For purposes of this hearing, Defendant did not contest the existence of probable cause to believe that Defendant had committed a state crime while on release, as alleged in the Petition. The Court further finds that Defendant is unlikely to abide by any condition or combination of conditions of release and that no condition or combination of conditions of release will assure that Defendant will not flee or pose a danger to any other person or to the community.

Accordingly, the Order Setting Conditions of Release is hereby **REVOKED**, and the Defendant is committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED**, this 27th day of April, 2022.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge